**THE LAW OFFICES OF MARK J. REICHEL**
**455 CAPITOL MALL, 3RD FLOOR, SUITE 350**
**SACRAMENTO, CALIFORNIA  95814**

*Mark J. Reichel*
*Attorney At Law*

**(916) 498-9258  Fax: (916) 441-6553**
mark@reichellaw.com

# M E M O R A N D U M

```
DATE:      September 14 2010

TO:        Karen Kirksey Smith
           Courtroom Clerk to

           The Honorable William B. Shubb
           United States District Court


SUBJECT:   United States v. Miguel Villa Contreras
           Cr-S-08-0357 WBS

           ORDER FROM COURT
```

```
                     ORDER:

     Based upon unavailability of defense counsel, upon the
Memorandum requesting a change in the court date for inquiry
on status of counsel, it is hereby ordered that the date for
inquiry in court as to Status Of Counsel is re set to
September 27, 2010

     DATED: September 16, 2010
```

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE